**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

AXEL SOEZERI,

     Plaintiff,

v.                              No. 1:22-cv-00505-MIS-KK

CONTINENTAL INTERMODAL
GROUP – TRUCKING LLC,

     Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS HEREBY ORDERED** that all claims in this case are **DISMISSED WITHOUT PREJUDICE**, and each party shall bear its own costs and attorney fees.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **FOUND AS MOOT**.

The Clerk of the Court is hereby **DIRECTED** to close the case.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE